# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *   *
                                      *
LISA ANN DEWEESE,                     *
                                      *
            Plaintiff,                *
                                      *
      v.                              *   No. 24-14C
                                      *   Filed: January 19, 2024
UNITED STATES,                        *
                                      *
            Defendant.                *
                                      *
* * * * * * * * * * * * * * * * * *   *
```

### O R D E R

On January 10, 2024, the Clerk's Office received two articles via email from plaintiff Lisa Ann DeWeese, one titled: "Responding to Youth Missing From Foster Care," and the second titled: "Due Process and Child Protective Proceedings: State Intervention in Family Relations on Behalf of Neglected Children." On January 11, 2024, the Clerk's Office received 14 articles, one blank form, and a copy of New Mexico state court filings. On January 12, 2024, the Clerk's Office received a submission from plaintiff in the mail, which included some duplicative copies of the submissions previously sent electronically by the plaintiff.

The Clerk's Office did not file any of plaintiff's submissions because they do not comply with the Rules of the United States Court of Federal Claims as there is no provision in the Rules of this court for filing plaintiff's articles for New Mexico state court filings in this federal court. In the United States Court of Federal Claims, all filings by both plaintiff and defendant must be in conformance with this court's Rules. Therefore, the court **DIRECTS** the Clerk's Office to **REJECT** plaintiff's January 10, 2024 submissions, plaintiff's January 11, 2024 submissions, and plaintiff's January 12, 2024 submission. According to the procedures in the Rules of the United States Court of Federal Claims, the next filing due in this case is the defendant's response to plaintiff's complaint, after which plaintiff may have an opportunity to respond, but only with relevant filings regarding issues over which this court has jurisdiction. Any submissions not in the conformance with this court's Rules may be not processed or filed. Failure to follow the court's procedural rules can increase the time to resolve plaintiff's case. The Clerk of the court is instructed to mail the pro se plaintiff a copy of the court's Rules and plaintiff should review the court's Rules.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**