# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *   *
                                      *
LISA ANN DEWEESE,                     *
                                      *
              Plaintiff,              *
                                      *   No. 24-14C
       v.                             *   Filed: February 28, 2024
                                      *
UNITED STATES,                        *
                                      *
              Defendant.              *
                                      *
* * * * * * * * * * * * * * * * * *   *
```

**O R D E R**

On February 16, 2024 plaintiff filed a response to the defendant's motion to dismiss plaintiff's complaint. Between February 16, 2024 and February 27, 2024, the Clerk's Office received 38 submissions from plaintiff. The Clerk's Office did not file any of plaintiff's submissions because they do not comply with the Rules of the United States Court of Federal Claims as there is no provision in the Rules of this court for filing any of plaintiff's submissions. In the United States Court of Federal Claims, all filings by both plaintiff and defendant must be in conformance with this court's Rules. Therefore, the court **DIRECTS** the Clerk's Office to **REJECT** all 38 of plaintiff's submissions.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**