# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *  *
                                    *
LISA ANN DEWEESE,                   *
                                    *
         Plaintiff,                 *
                                    *
    v.                              *   No. 24-14C
                                    *   Filed: March 5, 2024
UNITED STATES,                      *
                                    *
         Defendant.                 *
                                    *
* * * * * * * * * * * * * * * * *  *
```

**O R D E R**

    Between February 16, 2024 and February 27, 2024, the Clerk's Office received 38 submissions from plaintiff. On February 28, 2024, the court instructed the Clerk's Office to reject all 38 of plaintiff's submissions because the submissions did not comply with the Rules of the United States Court of Federal Claims.

    On February 28, 2024, plaintiff submitted a screen shot of a google search. The Clerk's Office did not file the submission because there is no provision in the Rules of this court for filing plaintiff's submission. Therefore, the court **DIRECTS** the Clerk's Office to **REJECT** plaintiff's February 28, 2024 submission.

    **IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**
